

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00695-CR

William Leonard **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4620
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on January 29, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court